FORM 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GALVASID S.A. DE C.V.,<br><br>                                Plaintiff<br>          v.<br>UNITED STATES,<br><br>                                Defendant. | **SUMMONS**<br>Court No. 25-00235 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                /s/ Gina Justice
                                                Clerk of the Court

---

1. The plaintiff in this action is Galvasid S.A. de C.V., which is a foreign manufacturer and exporter of the merchandise that is the subject of the determination being contested. Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the antidumping investigation of Certain Corrosion-Resistant Steel Products from Mexico. *See Certain Corrosion-Resistant Steel Products from Mexico: Final Affirmative Determination of Sales at Less than Fair Value*; 90 Fed. Reg. 42187 (Aug. 29, 2025).
   (Brief description of contested determination)

3. The final results of the antidumping duty investigation of Certain Corrosion-Resistant Steel Products from Mexico were set forth in a document signed on August 25, 2025. The notice was published in the *Federal Register* on August 29, 2025.
   (Date of determination)

4. The final results of the antidumping duty investigation of Certain Corrosion-Resistant Steel Products from Mexico were published in the *Federal Register* at 90 Fed. Reg. 42187 on August 29, 2025.
   (If applicable, date of publication in Federal Register of notice of contested determination)

                                              Jeffrey M. Winton
                                              WINTON & CHAPMAN PLLC
                                              1100 13th Street, N.W., Suite 825
                                              Washington, DC  20005
                                              Telephone:  (202) 774-5503
                                              Email:  jwinton@winton.law

                                              Attorney for Galvasid S.A. de C.V.

/s/Jeffrey M. Winton
       Signature of Plaintiff's Attorney

October 28, 2025
               Date

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

((As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018, Oct. 1, 2025, eff. Oct. 1, 2025.)

>On behalf of the United States
>Attorney-in-Charge
>International Trade Field Office
>U.S. Department of Justice
>National Courts Branch
>26 Federal Plaza
>Room 346
>New York, NY 10278
>
>Supervising Attorney
>Commercial Litigation Branch
>Civil Division
>U.S. Department of Justice
>1100 L Street, N.W.
>Washington, DC 20530
>
>On behalf of the U.S. Department of Commerce
>Kelly R. Welsh
>General Counsel
>U.S. Department of Commerce
>Mail Stop 5875 HCHB
>14th Street & Pennsylvania Ave., NW
>Washington, DC 20230
>
>John D. McInerney
>Office of the Chief Counsel for Trade Enforcement and Compliance
>International Trade Administration
>U.S. Department of Commerce
>14th Street & Pennsylvania Ave., NW
>Washington, DC 20230