CERTIFICATE OF SERVICE

GALVASID S.A. DE C.V., V. UNITED STATES
CIT COURT NO. 25-00235

      I hereby certify that a copy of the Summons (Form 3), Information Statement (Form 5), Notice of Appearance (Form 11), Disclosure of Corporate Affiliations and Financial Interest (Form 13), and the Business Proprietary Information Certification (Form 17) are being served on this 28th day of October, 2025, by certified mail, return-receipt requested, on the following parties:

*On behalf of the United States*

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

*On behalf of the U.S. Department of Commerce*

Kelly R. Welsh
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230
Email: GeneralCounsel@doc.gov

John D. McInerney
Office of the Chief Counsel for Trade
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230
Email: john_mcinerney@ita.doc.gov

*On behalf of Steel Dynamics, Inc., United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and ServiceWorkers International Union, AFL-CIO, CLC*

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001
Email: rschagrin@schagrinassociates.com

*On behalf of Cleveland-Cliffs Inc.*

Stephen P. Vaughn, Esq.
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
Email: svaughn@kslaw.com

*On behalf of Lámina y Placa Comercial, S.A. de C.V.*

Robert George Gosselink, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Email: rgosselink@tradepacificlaw.com

*On behalf of Ternium Mexico, S.A. de C.V.*

David E. Bond
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Email: dbond@whitecase.com

*On behalf of Nucor Corporation*

Stephanie M Bell, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
Email: sbell@wiley.law

*On behalf of United States Steel Corporation
and Wheeling-Nippon Steel, Inc.*

Thomas M. Beline, Esq.
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Email: tbeline@cassidylevy.com

*On behalf of the Government of Mexico*

Antonino Bertoni
Ministry of Economy of Mexico
Pachuca 189, Col. Condesa, C.P. 06140,
Cuauhtemoc, CDMX
Email: antonino.bertoni@economia.gob.mx

*On behalf of Kemper AIP Metals, LLC,
Waelzholz Brasmetal Laminação LTDA*

John Anwesen
Lighthill PC
300 New Jersey Avenue, NW
Suite 300
Washington, D.C. 20001
Email: j.anwesen@lighthilltrade.com

                                                  /s/ Jeffrey M. Winton
                                                  Jeffrey M. Winton