**Slip Op. 26-128**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

GALVASID S.A. DE C.V.,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

STEEL DYNAMICS, INC.; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; and UNITED STATES STEEL CORPORATION,

Defendant-Intervenors.

Before: Jane A. Restani, Judge

Court No. 25-00235

**JUDGMENT**

This matter is before the court after remand to reconsider the dumping margin of Galvasid S.A. de C.V. ("Galvasid") without applying facts otherwise available or an adverse inference predicated on Galvasid's purported failure to report separate freight or insurance revenue in the U.S. market. The United States Department of Commerce ("Commerce") now finds that applying facts otherwise available or an adverse inference is not warranted. This is consistent with the court's remand opinion. As no party has submitted comments on the remand redetermination, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that the remand results by Commerce (ECF No. 53) are **SUSTAINED**.

/s/ Jane A. Restani
Jane A. Restani, Judge

Dated: October 19, 2026
New York, New York